UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MONTCLAIR CONDOMINIUMS ASSOCIATION, INC., ) ) ) Plaintiff, ) ) v. ) ) COMMUNITY ASSOCIATION ) UNDERWRITERS OF AMERICA, INC., ) and QBE INSURANCE CORPORATION, ) ) Defendants. ) | No. 3:08-0718 Judge Echols |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Plaintiff's Motion For Summary Judgment (Docket Entry No. 13) is hereby DENIED;

(2) Defendants' Cross Motion For Summary Judgment (Docket Entry No. 14) is hereby GRANTED;

(3) this case is hereby DISMISSED WITH PREJUDICE; and

(4) Entry of this Order on the docket shall constitute entry of final Judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE